UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00070-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DOMINIC EUGENE HUGHES,

 Defendant.
_____

**ORDER**
_____

  This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

  ORDERED that all pretrial motions shall be filed by **Friday, March 14, 2008,** and responses to these motions shall be filed by **Friday, March 21, 2008.** It is

  FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will be set at a later date upon request of counsel. It is

  FURTHER ORDERED that a 3-day jury trial is set for **Monday, April 28, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: February 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge